**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
_

EDWIN DIAZ, on behalf of himself and all others
similarly situated,

                                                      Plaintiffs,

-against-

MONEYGRAM PAYMENT SYSTEMS, INC.,

                                                   Defendant.
_____
_

      Case No. 1:18-cv-07585-GBD

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and

between the parties to the above-captioned case that this matter be dismissed, with prejudice,

with each party to bear its own costs, expenses and attorney's fees.

       All rights of appeal are hereby waived.

The Plaintiff,
By his attorney,

_____
Joseph H. Mizrahi, Esq.
joseph@cml.legal
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(917) 299-6612
(929) 575-4195 – Fax

The Defendant,
By its attorney,

_____
_
Mikelle V. Bliss, Esq.
Mikelle.Bliss@leclairryan.com
LECLAIRRYAN, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
Boston, MA 02109
(212) 634-5044
(212) 634-5046 – Fax

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  7th   day of November 2018, the within
**Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of the Court
using the CM/ECF system which will send notification of such filing to the following:

Joseph K. Mizrahi, Esq.                    Joseph@cml.legal

              s/ Mikelle V. Bliss

905140192.1